1  JOHN L. BURRIS, ESQ. - State Bar #69888
   BENJAMIN NISENBAUM - State Bar #222173
2  THE LAW OFFICES OF JOHN L. BURRIS
   7677 Oakport Street, Suite 1120
3  Oakland, California  94621
   Telephone: (510) 839-5200      Fax: (510) 839-3882
4  Attorneys for Plaintiff

5  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
6  RACHEL WAGNER., Supervising Trial Attorney - State Bar #127246
   PELAYO A. LLAMAS, JR., Deputy City Attorney - State Bar #162046
7  One Frank Ogawa Plaza, 6th Floor
   Oakland, California  94612
8  Telephone: (510) 238-6621     Fax: (510) 238-6500

9  Attorneys for Defendants
   23902/352909

FILED
OCT 1 9 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MUHAMMED,<br><br>             Plaintiff,<br><br>       vs.<br><br>CITY OF OAKLAND, a municipal corporation; RICHARD WORD, in his capacity as Chief of Police for the CITY OF OAKLAND; STEVE CHAVEZ, individually, and in his capacity as a police officer for the CITY OF OAKLAND; JEFFREY TOM, individually, and in his capacity as a police officer for the CITY OF OAKLAND; MICHAEL SHINN, individually, and in his capacity as a police officer for the CITY OF OAKLAND; MICHAEL OSANNA, individually, and in his capacity as a police officer for the CITY OF OAKLAND; K. JENNY, individually, and in his capacity as a police officer for the CITY OF OAKLAND; and, Oakland police officers DOES 1-25, inclusive;<br><br>             Defendants. | Case No.: C-04-3053-MJJ<br><br>**STIPULATION TO VACATE TRIAL DATE AND PRETRIAL DEADLINES, AND ENTERING CONDITIONAL DISMISSAL**<br><br>TRIAL DATE: November 14, 2005 |

WHEREAS on October 5, 2005, the parties to this action reached a settlement of the entire case, contingent only on the approval of the Oakland City Council;

WHEREAS the terms of the settlement were put on the record in open court before the Honorable Joseph Spero;

WHEREAS trial of this matter is set to commence on November 14, 2005;

WHEREAS the settlement will likely be considered for approval by the Oakland City Council on November 15, 2005; and

WHEREAS all parties seek vacation of the trial date so that the costs and expenses of trial preparation may be avoided while approval of the settlement is pending;

THE PARTIES HEREBY STIPULATE AS FOLLOWS and request that the Court adopt the following terms as an order:

1) That the trial date of November 14, 2005, and all unexpired pre-trial deadlines are vacated;

2) That this matter is dismissed with prejudice, except that if within ninety days hereof, any party hereto certifies to this court, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement had not been delivered over, the foregoing dismissal shall be vacated and this case shall forthwith be restored to the calendar to be set for trial.

IT IS SO STIPULATED.

DATED: October 12, 2005    LAW OFFICES OF JOHN L. BURRIS

JOHN L. BURRIS/ BENJAMIN NISENBAUM
Attorneys for Plaintiff
Ronald Muhammed

///
///

1  DATED: October 12, 2005          OFFICE OF THE CITY ATTORNEY

2                                    /s/ Pelayo Llamas

3                                    PELAYO A. LLAMAS, JR., Deputy City Attorney
                                     Attorneys for Defendants
4                                    City of Oakland, et al.

5

6                                    **ORDER**

7        Good cause appearing, the Court hereby adopts the foregoing as its order in
8  this case.

9  IT IS SO ORDERED.

10

11 DATED: 10/19/2005

12

13                                   /s/ Martin J. Jenkins
                                     MARTIN J. JENKINS
14                                   United States District Judge